## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 05-60584 CIV DIMI

Plaintiff:
**Court-Appointed Receiver of Lancer Management Group, LLC, et al.,**
vs.
Defendant:
**Michael Lauer, Martin Garvey, et al.,**

For: Andrew D. Zaron, Esq.
     HUNTON & WILLIAMS, LLP

Received by CIVIL PROCESS PLUS, INC. on the 22nd day of July, 2005 at 9:00 am to be served on **ERIC HAUSER, 425 East 58th Street, 7A, New York, NY 10022.** I, _____, being duly sworn, depose and say that on the _____ day of _____, 20___ at ___:____.m., executed service by delivering a true copy of the **Summons In A Civil Action and Complaint** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

(X) NON-SERVICE: For the reason(s) described below:

MILITARY STATUS: _____

MARITAL STATUS: _____

**COMMENTS:** Service was attempted On 8-3-05 at 6:45 PM at 425 E. 58th St. New York, NY. According to Building concierge, defendant had moved in early 2004, leaving no forwarding address.

I certify that I have no interest in the above styled action; I am over the age of eighteen (18) years, and have proper authority to serve legal process in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the ____ day of August, 2005 by the affiant who is personally known to me.

MARIE K. MOSS CRISPINO
NOTARY PUBLIC, State of New York
No. 01MO6084207
Qualified in New York County
Commission Expires Dec. 2, 2006

Henry Moss
PROCESS SERVER # 0870001
Appointed in accordance
with State Statutes

CIVIL PROCESS PLUS, INC.
1501 N.W. 29 Street
Miami, FL 33142
(305) 375-9111

Our Job Serial Number: 2005008710

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA

**Plaintiff(s),**

COURT-APPOINTED RECEIVER OF
LANCER MANAGEMENT GROUP LLC,
LANCER MANAGEMENT GROUP II LLC,
LANCER OFFSHORE INC.,
OMNIFUND LTD., LSPV INC.,
LSPV LLC, ALPHA OMEGA GROUP INC.,
and G.H. ASSOCIATES LLC, and
RESPONSIBLE PERSON OF LANCER PARTNERS, L.P.

**vs.**

**Defendant(s)**

MICHAEL LAUER; MARTIN GARVEY; ERIC HAUSER; DAVID
NEWMAN; MILTON BARBAROSH; GEORGE LEVIE; STENTON
LEIGH CAPITAL CORPORATION; KATHRYN COWEN a/k/a
KATHRYN BRAITHWAITE; STERLING TECHNOLOGY
PARTNERS; JAMES KELLY; JOSEPH HUARD; SHAMROCK
PARTNERS LTD.; CAPITAL RESEARCH LTD.; LAURENCE
ISAACSON; L. ISAACSON, INC.; THORNHILL GROUP, INC.;
ROBERT MAUM; JAMES RAKER; HEIDI CARENS; JUDITH
BRISMAN

**SUMMONS IN A CIVIL ACTION**

Case No.: _____

TO:   **Eric Hauser**
      425 East 58th Street, 7A
      New York, NY 10022

**YOU ARE HEREBY SUMMONED** and required to serve upon
   **ANDREW D. ZARON, Esquire**
   Florida Bar No. 975790
   HUNTON & WILLIAMS, LLP
   1111 Brickell Avenue, 25th Floor
   Miami, Florida 33131
   Tel: (305) 810-2500
   Fax: (305) 810-2460

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                               APR 1 5 2005
_____                          _____
CLERK                                         DATE
BY DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 05-60584 CIV DIMI

Plaintiff:
**Court-Appointed Receiver of Lancer Management Group, LLC, et al.,**
vs.
Defendant:
**Michael Lauer, Martin Garvey, et al.,**

For: Andrew D. Zaron, Esq.
HUNTON & WILLIAMS, LLP

Received by CIVIL PROCESS PLUS, INC. on the 22nd day of July, 2005 at 9:00 am to be served on **CAPITAL RESEARCH, LTD., 111 Veterans Square, 3rd Floor, Media, PA 19063**. I, GREGORY A. STRACK, being duly sworn, depose and say that on the 27TH day of JULY, 2005 at 11:00 A.m., executed service by delivering a true copy of the **Summons In A Civil Action and Complaint** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) CORPORATE SERVICE: By serving _____ as _____.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

(X) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: Corporation no longer at address for over two years. There is a new company by the name of Huggins

I certify that I have no interest in the above styled action; I am over the age of eighteen (18) years, and have proper authority to serve legal process in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 27 day of July, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

PROCESS SERVER # _____
Appointed in accordance
with State Statutes

**CIVIL PROCESS PLUS, INC.**
1501 N.W. 29 Street
Miami, FL 33142
(305) 375-9111

Our Job Serial Number: 2005008712

NOTARIAL SEAL
VICTOR FINNEGAN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 12, 2007

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

05-60584

**Plaintiff(s),**

COURT-APPOINTED RECEIVER OF
LANCER MANAGEMENT GROUP LLC,
LANCER MANAGEMENT GROUP II LLC,
LANCER OFFSHORE INC.,
OMNIFUND LTD., LSPV INC.,
LSPV LLC, ALPHA OMEGA GROUP INC.,
and G.H. ASSOCIATES LLC, and
RESPONSIBLE PERSON OF LANCER PARTNERS, L.P.

vs.

**Defendant(s)**

MICHAEL LAUER; MARTIN GARVEY; ERIC HAUSER; DAVID
NEWMAN; MILTON BARBAROSH; GEORGE LEVIE; STENTON
LEIGH CAPITAL CORPORATION; KATHRYN COWEN a/k/a
KATHRYN BRAITHWAITE; STERLING TECHNOLOGY
PARTNERS; JAMES KELLY; JOSEPH HUARD; SHAMROCK
PARTNERS LTD.; CAPITAL RESEARCH LTD.; LAURENCE
ISAACSON; L. ISAACSON, INC.; THORNHILL GROUP, INC.;
ROBERT MAUM; JAMES RAKER; HEIDI CARENS; JUDITH
BRISMAN

**SUMMONS IN A CIVIL ACTION**

Case No.: 

CIV-DIMITROULEAS

/ TORRES

TO:  Capital Research Ltd.
111 Verterans Square, 3rd Floor
Media, PA 19063

**YOU ARE HEREBY SUMMONED** and required to serve upon

ANDREW D. ZARON, Esquire
Florida Bar No. 975790
HUNTON & WILLIAMS, LLP
1111 Brickell Avenue, 25th Floor
Miami, Florida 33131
Tel: (305) 810-2500
Fax: (305) 810-2460

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                  APR 12 2005

CLERK                                            DATE

BY DEPUTY CLERK

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 05-60584 CIV DIMI

Plaintiff:
**Court-Appointed Receiver of Lancer Management Group, LLC, et al.,**
vs.
Defendant:
**Michael Lauer, Martin Garvey, et al.,**

For: Andrew D. Zaron, Esq.
    HUNTON & WILLIAMS, LLP

Received by CIVIL PROCESS PLUS, INC. on the 22nd day of July, 2005 at 9:00 am to be served on **JAMES RAKER, 711 Third Avenue, Suite 1505.** I, _____ _____, being duly sworn, depose and say that on the _____ day of _____, 20___ at ___:___.m., executed service by delivering a true copy of the **Summons In A Civil Action and Complaint** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

(X) NON-SERVICE: For the reason(s) described below:

MILITARY STATUS: _____

MARITAL STATUS: _____

COMMENTS: Service was attempted 7-26-05 at 3:30 PM at 711 3rd Ave., New York, NY. James Raker was Neither listed or known there. This was confirmed by calls to S.L. Greene Building Mgmt and tenants William C. Rand, Esq. & Cos Cone & Collyer on the 15th floor of 711 3rd Ave.

I certify that I have no interest in the above styled action; I am over the age of eighteen (18) years, and have proper authority to serve legal process in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 12th day of August, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

MARIE K. MOSS CRISPINO
NOTARY PUBLIC, State of New York
No. 01MO6084297
Qualified in New York County
Commission Expires Dec. 2, 2006

Henry Moss
PROCESS SERVER # 287000
Appointed in accordance
with State Statutes

**CIVIL PROCESS PLUS, INC.**
1501 N.W. 29 Street
Miami, FL 33142
(305) 375-9111

Our Job Serial Number: 2005008704

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# United States District Court

| SOUTHERN | DISTRICT OF | FLORIDA |

**Plaintiff(s),**

COURT-APPOINTED RECEIVER OF
LANCER MANAGEMENT GROUP LLC,
LANCER MANAGEMENT GROUP II LLC,
LANCER OFFSHORE INC.,
OMNIFUND LTD., LSPV INC.,
LSPV LLC, ALPHA OMEGA GROUP INC.,
and G.H. ASSOCIATES LLC, and
RESPONSIBLE PERSON OF LANCER PARTNERS, L.P.

**SUMMONS IN A CIVIL ACTION**

Case No.: _____

vs.

**Defendant(s)**

MICHAEL LAUER; MARTIN GARVEY; ERIC HAUSER; DAVID
NEWMAN; MILTON BARBAROSH; GEORGE LEVIE; STENTON
LEIGH CAPITAL CORPORATION; KATHRYN COWEN a/k/a
KATHRYN BRAITHWAITE; STERLING TECHNOLOGY
PARTNERS; JAMES KELLY; JOSEPH HUARD; SHAMROCK
PARTNERS LTD.; CAPITAL RESEARCH LTD.; LAURENCE
ISAACSON; L. ISAACSON, INC.; THORNHILL GROUP, INC.;
ROBERT MAUM; JAMES RAKER; HEIDI CARENS; JUDITH
BRISMAN

TO:   James Raker
      711 Third Avenue, Suite 1505
      New York, NY 10017

**YOU ARE HEREBY SUMMONED** and required to serve upon

ANDREW D. ZARON, Esquire
Florida Bar No. 975790
HUNTON & WILLIAMS, LLP
1111 Brickell Avenue, 25th Floor
Miami, Florida 33131
Tel: (305) 810-2500
Fax: (305) 810-2460

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
CLERK

_____
BY DEPUTY CLERK

DATE   APR 13 2005